UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 11-10812 |
| SCHMIDT, RONALD HENRY | § | Judge HCM |
| SCHMIDT, LISA KATHLEEN | § | |
| | § | |
| Debtors. | § | Chapter 7 |

## NO-ASSET REPORT

The undersigned Trustee reports to the Court that the Section 341 Meeting of Creditors was concluded on 07/21/11; that I have neither received any property nor paid any money on account of these estates except exempt property; that I have made a diligent inquiry into the financial affairs of the Debtors and the location of property belonging to the estates; and there is no property available for distribution from the estates over and above that exempted by law.

Pursuant to FRBP 5009, I hereby certify that the estates of the above-named Debtors have been fully administered. I request that this report be approved, and that I be discharged from any further duties as Trustee.

The undersigned Trustee certifies that on this date, a copy of this No-Asset Report was mailed to the Debtors and to the attorney for the Debtors and a file-marked copy will be delivered to the U.S. Trustee for review.

Dated: _____

_____
John Patrick Lowe, Trustee
318 East Nopal
Uvalde, TX 78801

### Certificate of Service

I hereby certify that on this ____ day of _____, 2012, a true and correct copy of this Report was mailed to the Debtors and to the attorney for the Debtors by U.S. mail, postage pre-paid and a file-marked copy will be delivered to the U.S. Trustee.

_____
John Patrick Lowe, Trustee
318 East Nopal
Uvalde, TX 78801

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| Case No: | 11-10812 | HCM | Judge: H. CHRISTOPHER MOTT | Trustee Name: John Patrick Lowe |
|---|---|---|---|---|
| Case Name: | SCHMIDT, RONALD HENRY | | | Date Filed (f) or Converted (c): 05/10/11 (c) |
| | SCHMIDT, LISA KATHLEEN | | | 341(a) Meeting Date: 06/23/11 |
| For Period Ending: 03/01/12 | | | | Claims Bar Date: |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) Gross Value of Remaining Assets |
| 1. REAL PROPERTY<br>1607 Barney Drive, Austin, TX 78734 Lot 66 Cardinal Hills Estates Unit 12 Travis County, TX Purchased property only in 2001 $10,000.00 and purchased house for $110,000.00 and moved onto property in 2005. Source of valuation: Travis County Tax Appraisal District.<br><br>LIENHOLDERS: BANK OF AMERICA $107,408.00; PEOPLEFUND $94,660.43. | 210,993.00 | 0.00 | DA | 0.00 | FA |
| 2. REAL PROPERTY<br>7010 Mountain Trail, Austin, TX 78732-1025 Lot 59 Comanche Trail No. 3 Resub Travis County, TX Purchased property in 1998 for $322,000.00. Source of valuation: Travis County Tax Appraisal District.<br><br>LIENHOLDERS: CITIMORTGAGE, INC. $255,538.26; COMPASS BANK $101,053.00; INTERNAL REVENUE SERVICE $45,037.92.<br>Debtor Claimed Exemption | 618,403.00 | 0.00 | DA | 0.00 | FA |
| 3. REAL PROPERTY<br>BC McDaniel Estate (property in San Saba County) Debtor has a 1/3 interest in Father's estate located in San Saba County. Legal description: 7.14 Acres, Abstract 1396, O. Wilcox Survey 38 1.00 Acres, Abstract 1396, O. Wilcox Survey 38 9.23 Acres, Abstract 1396, O. Wilcox Survey 38 .26 Acres, Absract 1396, O. Wilcox Survey 38 .354 Acres, Absract 1396, O. Wilcox Survey 38 7.42 Acres, Abstract 848, J. Lynn Survey 38 .202 Part of Block 60, Harwood and Fentress Addition, 80ft. X 110ft. 5.00 Acres, Horseshoe Bend/C. Kring Tracts 36A, 39A, 40A, 54A, 57A Personal Property located at Horseshoe Bend San Saba County Appraisal District has valuated the total property at $274,510.00. There are back taxes in the amount of $8,578.76 owed on the property and $468.68 owed to TX Veteran's Land Board for the mortgage remaining on one of the pieces of property. The amount scheduled herein is based on 2008 tax appraisal because that amount is closer to the current fair market value which was inflated due to the sale of property in the area | 47,000.00 | 0.00 | DA | 0.00 | FA |
| 4. CASH ON HAND<br>No Cash on Hand at time of filing | 0.00 | 0.00 | DA | 0.00 | FA |
| 5. BOOKS, PICTURES, COLLECTIBLES, ETC<br>Miscellaneous Books, pictures, antiques, collections<br>Debtor Claimed Exemption | 400.00 | 0.00 | DA | 0.00 | FA |
| 6. FIREARMS AND SPORTS EQUIPMENT | 800.00 | 0.00 | DA | 0.00 | FA |

PFORM1

Ver: 16.05d

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT  Page: 2
ASSET CASES

| Case No: | 11-10812 HCM Judge: H. CHRISTOPHER MOTT | Trustee Name: John Patrick Lowe |
| --- | --- | --- |
| Case Name: | SCHMIDT, RONALD HENRY | Date Filed (f) or Converted (c): 05/10/11 (c) |
| | SCHMIDT, LISA KATHLEEN | 341(a) Meeting Date: 06/23/11 |
| | | Claims Bar Date: |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Pistol, rifle. Debtor Claimed Exemption | | | | | |
| 7. INTEREST IN INSURANCE POLICIES Western Reserve whole life insurance policy. LIENHOLDER: WESTERN RESERVE LIFE INSURANCE. Debtor Claimed Exemption | 48,925.11 | 0.00 | DA | 0.00 | FA |
| 8. AUTO - 2000 FORD F150 TRUCK Debtor Claimed Exemption | 3,081.00 | 0.00 | DA | 0.00 | FA |
| 9. AUTO - 2001 FORD F150 TRUCK Debtor Claimed Exemption | 3,693.00 | 0.00 | DA | 0.00 | FA |
| 10. OFFICE EQUIPMENT, FURNISHINGS & SUP Computer with printer (4), chair (3), filing cabinet (3), copier, drafting table, table (2). Debtor Claimed Exemption | 700.00 | 0.00 | DA | 0.00 | FA |
| 11. MACHINERY, FIXTURES, EQUIP & SUPPLI 1998 Ford F150, 2000 Ford F250, 2002 Ford F250, utility trailer, hand tools, line locator, engine. Debtor Claimed Exemption | 5,900.00 | 0.00 | DA | 0.00 | FA |
| 12. ANIMAL(S) - DOG Debtor Claimed Exemption | 1.00 | 0.00 | DA | 0.00 | FA |
| 13. HOUSEHOLD GOODS/FURNISHINGS LIVING ROOM: SOFA, RECLINER, SIDE CHAIR, COFFEE TABLE, END TABLE, TELEVISION, STEREO, LAMP, COMPUTER, VCR $3,625.00; KITCHEN/DINING ROOM: STOVE, REFRIGERATOR, DISHWASHER, MICROWAVE OVEN, SMALL APPLIANCES, POTS AND PANS, DISHES AND GLASS WARE, FLATWARE, TABLE AND CHAIRS. $2,300.00; BEDROOM 1: BED, DRESSER, CHEST, LAMP $850.00; BEDROOM 2: BED, DRESSER, CHEST, NIGHT STAND, CLOCK, LAMP $400; BEDROOM 3: BED, DRESSER $125; BATHROOM: TOWELS AND LINENS, TOILETTE ARTICLES $150.00; UTILITY ROOM: WASHER, DRYER, FREEZER, GARDEN TOOLS, ELECTRIC TOOLS, LAWN MOWER $650.00. Debtor Claimed Exemption | 8,100.00 | 0.00 | DA | 0.00 | FA |
| 14. WEARING APPAREL MAN'S WEARING APPAREL $500; WOMAN'S WEARING APPAREL $1,000 Debtor Claimed Exemption | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 15. JEWELRY MAN'S JEWELRY: WATCH, WEDDING RING $350; WOMAN'S JEWELRY: WATCH, WEDDING RING, | 1,050.00 | 0.00 | DA | 0.00 | FA |

PFORM1  Ver: 16.05d

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 3

Case No:       11-10812    HCM   Judge: H. CHRISTOPHER MOTT
Case Name:     SCHMIDT, RONALD HENRY
               SCHMIDT, LISA KATHLEEN

Trustee Name:  John Patrick Lowe
Date Filed (f) or Converted (c):  05/10/11 (c)
341(a) Meeting Date:  06/23/11
Claims Bar Date:

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) Gross Value of Remaining Assets |
| VARIOUS COSTUME JEWELRY $700. Debtor Claimed Exemption | | | | | |

|  |  |  |  | Value of Remaining Assets |
| --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $950,546.11 | $0.00 | $0.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  / /       Current Projected Date of Final Report (TFR):  / /

PFORM1

Ver: 16.05d